IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 21-CR-411 (APM) |
| v. | : | 18 U.S.C. § 1752(a)(2) |
| MATTHEW BAGGOTT, | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Matthew Baggott, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Matthew Baggott's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, Matthew Baggott, lives in Woodbury, Tennessee. On the morning of January 6, 2021, defendant traveled from Nashville to Washington, D.C., via plane.  The purpose of the defendant's trip to Washington, D.C., was to protest Congress' certification of the Electoral College.

9.      On January 6, 2021, at approximately 2:13 p.m., defendant entered the Capitol building via the Senate Wing doors, between rooms S-142 and S-139, as other rioters were breaking windows in order to gain entry to the building.  The defendant was among the first wave of rioters to enter the building at this particular point of entry.  With a few brief exceptions, the defendant remained in the Capitol building, traveling between various areas – including the Ohio Clock Corridor, the Crypt, the Rotunda, and Statuary Hall – until at least 2:56 p.m., when he exited on the south east side of the building, via a door between rooms H-209 and H-208A.

10.     At approximately 2:55 p.m., while exiting a corridor to the east of the House Chamber, as USCP officers and officers with the Metropolitan Police Department (MPD) were attempting to clear rioters from the building, including by pushing rioters with their batons, the defendant grabbed MPD Officer B.R.'s baton, but did not take the baton from Officer B.R.

11.     Prior to entering the Capitol building on January 6, 2021, the defendant threw an object at USCP officers stationed outside of the building.

12.     The defendant willfully and knowingly entered the Capitol building knowing that that he did not have permission to do so and with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:     _____
        Benet J. Kearney
        Assistant United States Attorney
        N.Y. Bar No. 4774048

        Mitra Jafary-Hariri
        Assistant United States Attorney
        M.I. Bar No. 74460

## DEFENDANT'S ACKNOWLEDGMENT

I, Matthew Baggott, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4/4/22

Matthew Baggott
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/5/22

Dumaka Shabazz, Esq.
Attorney for Defendant