IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )    CR No. 21-411
                                   )    Washington, D.C.
     vs.                           )    January 18, 2022
                                   )    9:46 a.m.
STEWART PARKS, ET AL.,             )
                                   )
          Defendants.              )
_____)


    TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
         BEFORE THE HONORABLE AMIT P. MEHTA
            UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Government:          Benet Kearney
                             DOJ-USAO
                             One Saint Andrew's Plaza
                             New York, NY 10007
                             (212) 637-2260
                             Email: benet.kearney@usdoj.gov

                             Joseph Hutton Marshall
                             USAO
                             601 D Street NW
                             Washington, D.C. 20001
                             (202) 252-6629
                             Email:
                             joseph.hutton.marshall
                             @usdoj.gov

APPEARANCES CONTINUED:

For Defendant Parks:            John L. Machado
                                LAW OFFICE OF JOHN MACHADO
                                503 D Street, NW
                                Suite 310
                                Washington, D.C. 20001
                                (703) 989-0840
                                Email: johnlmachado@gmail.com


For Defendant Baggott:          Dumaka Shabazz
                                FEDERAL PUBLIC DEFENDER
                                810 Broadway
                                Suite 200
                                Nashville, TN 37203
                                (615) 736-5047
                                Email: dumaka_shabazz@fd.org


Court Reporter:                 William P. Zaremba
                                Registered Merit Reporter
                                Certified Realtime Reporter
                                Official Court Reporter
                                E. Barrett Prettyman CH
                                333 Constitution Avenue, NW
                                Washington, D.C. 20001
                                (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

P R O C E E D I N G S

1

2          COURTROOM DEPUTY:  Good morning, Your Honor.

3   This is Criminal Case No. 21-411, United States of America

4   versus Defendant No. 1, Stewart Parks, and Defendant No. 2,

5   Matthew Baggott.

6          Benet Kearney for the defendant.

7          John Machado for Defendant Parks.

8          And Dumaka Shabazz for Defendant Baggott.

9          The defendants are appearing via videoconference

10  for this hearing.

11         THE COURT:  All right, Counsel, good morning to

12  all of you.

13         Mr. Parks, Mr. Baggott, good morning to the both

14  of you.  I hope everybody is doing well.

15         Okay.  So we're back for a status conference in

16  this matter.  We were originally supposed to be back in mid

17  December, and the defendants asked to kick things out

18  30 days.  And so where do we stand?

19         Why don't we start with government counsel,

20  Ms. Kearney.

21         MS. KEARNEY:  Thank you, Your Honor.

22         A brief update on discovery in this case.

23         I've spoken previously about kind of the two

24  categories of discovery, the particularized discovery and

25  the global discovery.

1          With respect to the particularized discovery, that

2     is, the discovery that the government has reviewed and

3     deemed relevant to these defendants, that is out.  Barring,

4     you know, the identification of any new materials, which

5     would, of course, be provided to counsel as soon as

6     possible, that universe has been produced as of last week,

7     I believe.

8          With respect to global discovery, we are still

9     rolling out productions to all defendants in the Capitol

10    breach cases, including these, and expect to do so for at

11    least a bit longer.

12         I've spoken separately with counsel for both

13    defendants, and I think we would request another status

14    conference, you know, between 30 to 60 days.

15         By way of update, I know Mr. Machado has some

16    particular information that he is looking for in the

17    discovery.  I've endeavored to try and identify it but have

18    not happened upon what he's hoping for.  So we're both

19    working to see if we can track down particular angles of

20    video that he is looking for.

21         With respect to Mr. Shabazz, he and I have had

22    significant discussions regarding a pretrial resolution in

23    this matter.  And I think we've reached an agreement at

24    least in principle but need to finalize that paperwork and

25    make sure that we are, in fact, on the same page.

1          And so I think the course of action that we would

2     all request would be to come back between 30 and 60 days and

3     to toll the speedy trial time until then.

4          THE COURT:  Okay.

5          Thank you for the update.

6          Why don't we turn to Mr. Machado, and then we'll

7     turn to Mr. Shabazz.

8          MR. MACHADO:  Thank you, Your Honor.

9          We are also requesting the 30 to 60 days.  I think

10    Ms. Kearney pretty much summarized it pretty well as far as

11    my end.

12         I will let the Court know that Mr. Parks, who does

13    a lot of traveling internationally, he thanks the Court for

14    having signed off on his request previously.

15         And unfortunately, there's going to be another

16    one.  He has a trip planned for Brazil for the same reasons

17    from January 30th to February 10th.  I'll be getting -- I'll

18    be filing a motion and an order.

19         I would just note that Pretrial Services says that

20    he's been doing fine and there haven't been any issues.

21    It's a clean report.

22         And, in fact, Mr. Parks, the agreement was that he

23    was to call every other day.  He called every day.  So he's

24    definitely responsible as far as his release conditions are

25    concerned.  And as far as the international travel, he

1    thanks the Court and wants to make sure there's -- he's

2    doing fine by the Court.  Thank you.

3              THE COURT:  Okay.  All right.

4              Mr. Shabazz.

5              You're on mute.

6              MR. SHABAZZ:  Sorry about that, Your Honor.

7    Good morning.

8              Your Honor, I agree with the government's kind of

9    summary of where we are.

10             Mr. Baggott and myself have met on a couple of

11   occasions, reviewed the pertinent videos, and we anticipate

12   we're pretty close to an agreement.  We do think that we

13   have one in principle with the government but need to iron

14   out some more details.  And so likewise, we would request a

15   continuance of 30 to 60 days.

16             THE COURT:  Okay.

17             How about the last week in March?  I may be in

18   trial, so this is somewhat subject to change, but how about

19   March 29th at 10:30?

20             MR. MACHADO:  Your Honor, I have a trial from the

21   28th through the 31st where I'm representing a witness.  So

22   I'm not sure my timing on that.

23             Is the Court available April 1st, on Friday?

24             THE COURT:  Again, I'm supposed to be in trial,

25   but we can sort of play it by ear.  How about 10:00 a.m.?

1          MR. MACHADO:  I'm sorry?

2          THE COURT:  Do you want to do 10:00 a.m. on

3    April 1st?

4          MR. MACHADO:  Yeah, on April 1st, if that is

5    available.

6          THE COURT:  Right.

7          At 10:00 a.m., does that work for everyone?

8          MR. MACHADO:  Oh, 10:00 a.m. is fine.  Yes.

9          MS. KEARNEY:  Yes, that's fine with the

10   government.

11         MR. SHABAZZ:  That works, Your Honor.

12         THE COURT:  April 1 at 10:00 a.m.

13         I take it, Mr. Machado and Mr. Shabazz, your

14   clients consent to exclusion of time through April 1?

15         MR. SHABAZZ:  Yes, Your Honor.

16         MR. MACHADO:  We do, yes, Your Honor.

17         THE COURT:  All right.

18         So for the reasons stated in court here today,

19   I do find that the ends of justice outweigh the interests of

20   the defendants and the public in a speedy trial, and so

21   I will exclude time through April the 1st.  And

22   specifically, the exclusion of time is warranted to enable

23   the government to continue to disclose discovery and for the

24   defense to review that discovery and consider it in terms of

25   its preparation for a defense and potential trial and also

1  to afford the parties additional time to finalize terms of

2  any pretrial disposition.

3          All right.  So with that, we'll reconvene on

4  April 1st.  If there are pleas to be had before then, just

5  contact chambers.  If you give us 48 hours' notice, we can

6  get you on the schedule.  And we'd appreciate the plea

7  paperwork 48 hours in advance as well so I have a chance to

8  review it before the Rule 11, okay?

9          MR. SHABAZZ:  Your Honor, may I?

10         MS. KEARNEY:  Sorry.  Go ahead.

11         MR. SHABAZZ:  Go ahead, Ms. Kearney.

12         MS. KEARNEY:  Oh.

13         On the paperwork, Your Honor, I know some judges

14 have been requesting wet ink signatures.  Are our electronic

15 signatures going to be sufficient if we're going to be doing

16 remote proceeding?

17         THE COURT:  I'm certainly fine with that.

18 I suppose -- I think what really matters is the defendant's

19 signature.  At the end of the day, electronic signature is

20 fine with me from the defendant as well.  I'll go through

21 and confirm, as part of Rule 11, that, in fact, he affixed

22 his signature electronic or otherwise.  So I'm not too

23 worried about whether it's a wet ink signature or electronic

24 signature.

25         MS. KEARNEY:  Thank you.

1          MR. SHABAZZ:  Your Honor, I did have a question as

2  far as logistics and the process.

3          Once Mr. Baggott pleas, what does this Court

4  anticipate the general time between plea and sentencing

5  hearing?

6          THE COURT:  Since he is on release, I think our

7  current request from Probation Office is at least 90 days.

8          Is that right, JC?

9          And I think that's actually to prepare the report.

10  So you can anticipate 90 days, plus an additional two weeks

11  at least for submission of memos after the final pretrial is

12  filed.

13          MR. SHABAZZ:  Okay.  Thank you, Your Honor.

14  That helps.

15          THE COURT:  Realistically, we're probably looking

16  at three and a half to four months.

17          MR. SHABAZZ:  Thank you, Your Honor.

18          THE COURT:  Okay.

19          All right.  Anything else, Counsel?

20          MR. SHABAZZ:  None for Mr. Baggott.

21          THE COURT:  All right.  Be well.  Take care.

22  Thank you, everybody.

23          (Proceedings concluded at 9:55 a.m.)

24

25

C E R T I F I C A T E

        I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

Date:__January 6, 2024_____   

        William P. Zaremba, RMR, CRR

COURTROOM
DEPUTY: [1] 3/2
MR. MACHADO: [6]
5/8 6/20 7/1 7/4 7/8
7/16
MR. SHABAZZ: [9] 6/6
7/11 7/15 8/9 8/11 9/1
9/13 9/17 9/20
MS. KEARNEY: [5]
3/21 7/9 8/10 8/12 8/25
THE COURT: [14]

**0**

0840 [1] 2/6

**1**

10007 [1] 1/14
10:00 [5] 6/25 7/2 7/7
7/8 7/12
10:30 [1] 6/19
10th [1] 5/17
11 [2] 8/8 8/21
18 [1] 1/5
1st [5] 6/23 7/3 7/4
7/21 8/4

**2**

200 [1] 2/9
20001 [3] 1/18 2/6 2/15
202 [2] 1/18 2/15
2022 [1] 1/5
2024 [1] 10/7
21-411 [2] 1/4 3/3
212 [1] 1/15
2260 [1] 1/15
252-6629 [1] 1/18
28th [1] 6/21
29th [1] 6/19

**3**

30 [4] 4/14 5/2 5/9 6/15
30 days [1] 3/18
30th [1] 5/17
310 [1] 2/5
31st [1] 6/21
3249 [1] 2/15
333 [1] 2/14
354-3249 [1] 2/15
37203 [1] 2/10

**4**

411 [2] 1/4 3/3
48 [1] 8/5 8/7

**5**

503 [1] 2/5
5047 [1] 2/10

**6**

60 days [4] 4/14 5/2
5/9 6/15
601 [1] 1/17
615 [1] 2/10
637-2260 [1] 1/15
6629 [1] 1/18

703 [1] 2/6
736-5047 [1] 2/10

**8**

810 [1] 2/9

**9**

90 [2] 9/7 9/10
989-0840 [1] 2/6
9:46 [1] 1/6
9:55 [1] 9/23

**A**

a.m [7] 1/6 6/25 7/2 7/7
7/8 7/12 9/23
about [6] 3/23 6/6 6/17
6/18 6/25 8/23
above [1] 10/4
above-titled [1] 10/4
action [1] 5/1
actually [1] 9/9
additional [2] 8/1 9/10
advance [1] 8/7
affixed [1] 8/21
afford [1] 8/1
after [1] 9/11
Again [1] 6/24
agree [1] 6/8
agreement [3] 4/23
5/22 6/12
ahead [2] 8/10 8/11
aided [1] 2/17
AL [1] 1/6
all [9] 3/11 3/12 4/9 5/2
6/3 7/17 8/3 9/19 9/21
also [2] 5/9 7/25
AMERICA [2] 1/3 3/3
AMIT [1] 1/10
Andrew's [1] 1/14
angles [1] 4/19
another [2] 4/13 5/15
anticipate [3] 6/11 9/4
9/10
any [3] 4/4 5/20 8/2
Anything [1] 9/19
APPEARANCES [2]
1/12 2/3
appearing [1] 3/9
appreciate [1] 8/6
April [7] 6/23 7/3 7/4
7/12 7/14 7/21 8/4
April 1st [2] 7/3 8/4
are [8] 3/9 4/8 4/25 5/9
5/24 6/9 8/4 8/14
as [14]
asked [1] 3/17
available [2] 6/23 7/5
Avenue [1] 2/14

**B**

back [3] 3/15 3/16 5/2
Baggott [7] 2/8 3/5 3/8
3/13 6/10 9/3 9/20
Barrett [1] 2/14
Barring [1] 4/3
be [12]
been [4] 4/6 5/20 5/20

before [3] 1/10 8/4 8/8
believe [1] 4/7
Benet [2] 1/13 3/6
benet.kearney [1] 1/15
between [3] 4/14 5/2
9/4
bit [1] 4/11
both [3] 3/13 4/12 4/18
Brazil [1] 5/16
breach [1] 4/10
brief [1] 3/22
Broadway [1] 2/9

**C**

call [1] 5/23
called [1] 5/23
can [4] 4/19 6/25 8/5
9/10
Capitol [1] 4/9
care [1] 9/21
case [2] 3/3 3/22
cases [1] 4/10
categories [1] 3/24
certainly [1] 8/17
Certified [1] 2/13
certify [1] 10/2
CH [1] 2/14
chambers [1] 8/5
chance [1] 8/7
change [1] 6/18
clean [1] 5/21
clients [1] 7/14
close [1] 6/12
COLUMBIA [1] 1/1
come [1] 5/2
computer [1] 2/17
computer-aided [1]
2/17
concerned [1] 5/25
concluded [1] 9/23
conditions [1] 5/24
conference [3] 1/9
3/15 4/14
confirm [1] 8/21
consent [1] 7/14
consider [1] 7/24
Constitution [1] 2/14
contact [1] 8/5
continuance [1] 6/15
continue [1] 7/23
CONTINUED [1] 2/3
correct [1] 10/3
counsel [5] 3/11 3/19
4/5 4/12 9/19
couple [1] 6/10
course [2] 4/5 5/1
court [10] 1/1 2/12
2/13 5/12 5/13 6/1 6/2
6/23 7/18 9/3
CR [1] 1/4
Criminal [1] 3/3
CRR [2] 10/2 10/8
current [1] 9/7

**D**

D.C [4] 1/5 1/18 2/6
2/15

die [6] 5/20 6/2 7/8 7/9
8/17 8/20
foregoing [1] 10/3
four [1] 9/16
Friday [1] 6/23

**G**

general [1] 9/4
get [1] 8/6
getting [1] 5/17
give [1] 8/5
global [2] 3/25 4/8
gmail.com [1] 2/7
go [3] 8/10 8/11 8/20
Go ahead [2] 8/10 8/11
going [3] 5/15 8/15
8/15
good [4] 3/2 3/11 3/13
6/7
good morning [2] 3/11
6/7
government [6] 1/13
3/19 4/2 6/13 7/10 7/23
government's [1] 6/8

**H**

had [2] 4/21 8/4
half [1] 9/16
happened [1] 4/18
has [4] 4/2 4/6 4/15
5/16
have [8] 4/17 4/21 6/10
6/13 6/20 8/7 8/14 9/1
haven't [1] 5/20
having [1] 5/14
he [10] 4/16 4/20 4/21
5/13 5/16 5/22 5/23
5/25 8/21 9/6
he's [4] 4/18 5/20 5/23
6/1
hearing [2] 3/10 9/5
helps [1] 9/14
here [1] 7/18
his [3] 5/14 5/24 8/22
Honor [14]
HONORABLE [1] 1/10
hope [1] 3/14
hoping [1] 4/18
hours [1] 8/7
hours' [1] 8/5
how [3] 6/17 6/18 6/25
Hutton [1] 1/16

**I**

I believe [1] 4/7
I do [1] 7/19
I have [2] 6/20 8/7
I hope [1] 3/14
I know [1] 8/13
I suppose [1] 8/18
I think [6] 4/13 4/23 5/9
8/18 9/6 9/9
I will [2] 5/12 7/21
I'll [3] 5/17 5/17 8/20
I'm [6] 6/21 6/22 6/24
7/1 8/17 8/22
I'm not [1] 8/22
I'm not sure [1] 6/22

day [3] 5/23 5/23 8/19
days [7] 3/18 4/14 5/2
5/9 6/15 9/7 9/10
December [1] 3/17
deemed [1] 4/3
defendant [8] 2/4 2/8
3/4 3/4 3/6 3/7 3/8 8/20
defendant's [1] 8/18
defendants [7] 1/7 3/9
3/17 4/3 4/9 4/13 7/20
DEFENDER [1] 2/8
defense [2] 7/24 7/25
definitely [1] 5/24
details [1] 6/14
did [1] 7/7
disclose [1] 7/23
discovery [10] 3/22
3/24 3/24 3/25 4/1 4/2
4/8 4/17 7/23 7/24
discussions [1] 4/22
disposition [1] 8/2
DISTRICT [3] 1/1 1/1
1/10
do [7] 3/18 4/10 6/12
7/2 7/2 7/16 7/19
does [3] 5/12 7/7 9/3
doing [4] 3/14 5/20 6/2
8/15
DOJ [1] 1/13
DOJ-USAO [1] 1/13
don't [2] 3/19 5/6
down [1] 4/19
dumaka [3] 2/8 2/11
3/8

**E**

ear [1] 6/25
electronic [4] 8/14
8/19 8/22 8/23
else [1] 9/19
Email [4] 1/15 1/19 2/7
2/11
enable [1] 7/22
end [2] 5/11 8/19
endeavored [1] 4/17
ends [1] 7/19
ET [1] 1/6
every [2] 5/23 5/23
everybody [2] 3/14
9/22
everyone [1] 7/7
exclude [1] 7/21
exclusion [2] 7/14 7/22
expect [1] 4/10

**F**

fact [3] 4/25 5/22 8/21
far [4] 5/10 5/24 5/25
9/2
fd.org [1] 2/11
February [1] 5/17
FEDERAL [1] 2/8
filed [1] 9/12
filing [1] 5/18
final [1] 9/11
finalize [2] 4/24 8/1
find [1] 7/19

**I**
I'm sorry [1] 7/1
I've [3] 3/23 4/12 4/17
identification [1] 4/4
identify [1] 4/17
including [1] 4/10
information [1] 4/16
ink [2] 8/14 8/23
interests [1] 7/19
international [1] 5/25
internationally [1] 5/13
iron [1] 6/13
is [18]
Is that right [1] 9/8
issues [1] 5/20
it [6] 4/17 5/10 6/25
7/13 7/24 8/8
it's [2] 5/21 8/23
its [1] 7/25

**J**
January [3] 1/5 5/17
10/7
January 30th [1] 5/17
JC [1] 9/8
John [3] 2/4 2/4 3/7
johnlmachado [1] 2/7
Joseph [1] 1/16
joseph.hutton.marshal
l [1] 1/19
JUDGE [1] 1/10
judges [1] 8/13
just [2] 5/19 8/4
justice [1] 7/19

**K**
Kearney [5] 1/13 3/6
3/20 5/10 8/11
kick [1] 3/17
kind [3] 3/23 6/8
know [5] 4/4 4/14 4/15
5/12 8/13

**L**
last [2] 4/6 6/17
LAW [1] 2/4
least [4] 4/11 4/24 9/7
9/11
let [1] 5/12
likewise [1] 6/14
logistics [1] 9/2
longer [1] 4/11
looking [3] 4/16 4/20
9/15
lot [1] 5/13

**M**
Machado [6] 2/4 2/4
3/7 4/15 5/6 7/13
make [2] 4/25 6/1
March [2] 6/17 6/19
Marshall [1] 1/16
materials [1] 4/4
matter [3] 3/16 4/23
10/4
matters [1] 8/18
Matthew [1] 3/5
may [2] 6/17 8/9

**M** (cont.)
mechanical [1] 2/17
MEHTA [1] 1/10
memos [1] 9/11
Merit [1] 2/12
met [1] 6/10
mid [1] 3/16
months [1] 9/16
more [1] 6/14
morning [4] 3/2 3/11
3/13 6/7
motion [1] 5/18
Mr. [14]
Mr. Baggott [4] 3/13
6/10 9/3 9/20
Mr. Machado [3] 4/15
5/6 7/13
Mr. Parks [3] 3/13 5/12
5/22
Mr. Shabazz [4] 4/21
5/7 6/4 7/13
Ms. [3] 3/20 5/10 8/11
Ms. Kearney [3] 3/20
5/10 8/11
much [1] 5/10
mute [1] 6/5
my [2] 5/11 6/22
myself [1] 6/10

**N**
Nashville [1] 2/10
need [2] 4/24 6/13
new [2] 1/14 4/4
No [4] 1/4 3/3 3/4 3/4
None [1] 9/20
not [3] 4/18 6/22 8/22
note [1] 5/19
notice [1] 8/5
NW [3] 1/17 2/5 2/14
NY [1] 1/14

**O**
occasions [1] 6/11
off [1] 5/14
OFFICE [2] 2/4 9/7
Official [1] 2/13
Oh [2] 7/8 8/12
okay [7] 3/15 5/4 6/3
6/16 8/8 9/13 9/18
Once [1] 9/3
one [3] 1/14 5/16 6/13
order [1] 5/18
originally [1] 3/16
other [1] 5/23
otherwise [1] 8/22
our [2] 8/14 9/6
out [4] 3/17 4/3 4/9
6/14
outweigh [1] 7/19

**P**
page [1] 4/25
paperwork [3] 4/24 8/7
8/13
PARKS [7] 1/6 2/4 3/4
3/7 3/13 5/12 5/22
part [1] 8/21
particular [2] 4/16 4/19

**P** (cont.)
particularized [1]
4/1
parties [1] 8/1
pertinent [1] 6/11
Plaintiff [1] 1/4
planned [1] 5/16
play [1] 6/25
Plaza [1] 1/14
plea [2] 8/6 9/4
pleas [2] 8/4 9/3
plus [1] 9/10
possible [1] 4/6
potential [1] 7/25
preparation [1] 7/25
prepare [1] 9/9
pretrial [4] 4/22 5/19
8/2 9/11
pretty [3] 5/10 5/10
6/12
Prettyman [1] 2/14
previously [2] 3/23
5/14
principle [2] 4/24 6/13
probably [1] 9/15
Probation [1] 9/7
proceeding [1] 8/16
proceedings [4] 1/9
2/17 9/23 10/4
process [1] 9/2
produced [2] 2/17 4/6
productions [1] 4/9
provided [1] 4/5
public [2] 2/8 7/20

**Q**
question [1] 9/1

**R**
reached [1] 4/23
Realistically [1] 9/15
really [1] 8/18
Realtime [1] 2/13
reasons [2] 5/16 7/18
reconvene [1] 9/9
record [1] 10/3
recorded [1] 2/17
regarding [1] 4/22
Registered [1] 2/12
release [2] 5/24 9/6
relevant [1] 4/3
remote [1] 8/16
report [2] 5/21 9/9
Reporter [4] 2/12 2/12
2/13 2/13
representing [1] 6/21
request [5] 4/13 5/2
5/14 6/14 9/7
requesting [2] 5/9 8/14
resolution [1] 4/22
respect [3] 4/1 4/8 4/21
responsible [1] 5/24
review [1] 7/24 8/8
reviewed [2] 4/2 6/11
right [8] 3/11 6/3 7/6
7/17 8/3 9/8 9/19 9/21
RMR [2] 10/2 10/8
rolling [1] 4/9
Rule [2] 8/8 8/21

**S**
Saint [1] 1/14
same [2] 4/25 5/16
says [1] 5/19
schedule [1] 8/6
see [1] 4/19
sentencing [1] 9/4
separately [1] 4/12
Services [1] 5/19
shabazz [7] 2/8 2/11
3/8 4/21 5/7 6/4 7/13
signature [5] 8/19 8/19
8/22 8/23 8/24
signatures [2] 8/14
8/15
signed [1] 9/4
significant [1] 4/22
Since [1] 9/6
so [15]
so I think [1] 5/1
so this is [1] 6/18
some [3] 4/15 6/14
8/13
somewhat [1] 6/18
soon [1] 4/5
sorry [3] 6/6 7/1 8/10
sort [1] 6/25
specifically [1] 7/22
speedy [2] 5/3 7/20
spoken [2] 3/23 4/12
stand [1] 3/18
start [1] 3/19
stated [1] 7/18
STATES [4] 1/1 1/3
1/10 3/3
status [3] 1/9 3/15 4/13
stenography [1] 2/17
STEWART [2] 1/6 3/4
still [1] 4/8
Street [2] 1/17 2/5
subject [1] 6/18
submission [1] 9/11
sufficient [1] 8/15
Suite [2] 2/5 2/9
summarized [1] 5/10
summary [1] 6/9
suppose [1] 8/18
supposed [2] 3/16
6/24
sure [3] 4/25 6/1 6/22

**T**
take [2] 7/13 9/21
terms [2] 7/24 8/1
Thank [8] 3/21 5/5 5/8
6/2 8/25 9/13 9/17 9/22
Thank you [6] 3/21 5/5
6/2 9/13 9/17 9/22
thanks [2] 5/13 6/1
that [27]
That helps [1] 9/14
that's [2] 7/9 9/10
then [3] 5/3 5/6 8/4
there [2] 5/20 8/4
there's [2] 5/15 6/1
these [2] 4/3 4/10

**T** (cont.)
things [1] 3/17
think [8] 4/13 4/23 5/1
5/9 6/12 8/18 9/6 9/9
this [7] 3/3 3/10 3/16
3/22 4/23 6/18 9/3
This is [1] 3/3
three [1] 9/16
through [4] 6/21 7/14
7/21 8/20
time [6] 5/3 7/14 7/21
7/22 8/1 9/4
timing [1] 6/22
titled [1] 10/4
TN [1] 2/10
today [1] 7/18
toll [1] 5/3
too [1] 8/22
track [1] 4/19
transcript [3] 1/9 2/17
10/3
transcription [1] 2/17
travel [1] 5/25
traveling [1] 5/13
trial [6] 5/3 6/18 6/20
6/24 7/20 7/25
trip [1] 5/16
try [1] 4/17
turn [2] 5/6 5/7
two [2] 3/23 9/10

**U**
unfortunately [1] 5/15
UNITED [4] 1/1 1/3
1/10 3/3
United States of [1]
3/3
universe [1] 4/6
until [1] 5/3
update [3] 3/22 4/15
5/5
upon [1] 4/18
us [1] 8/5
USAO [2] 1/13 1/17
usdoj.gov [2] 1/15
1/20

**V**
versus [1] 3/4
via [2] 1/9 3/9
video [1] 4/20
videoconference [1]
3/9
videos [1] 6/11
vs [1] 1/5

**W**
want [1] 7/2
wants [1] 6/1
warranted [1] 7/22
was [2] 5/22 5/23
Washington [4] 1/5
1/18 2/6 2/15
way [1] 4/15
we [18]
we'd [1] 8/6
we'll [2] 5/6 8/3
we're [5] 3/15 4/18
6/12 8/15 9/15

## W

**we've [1]** 4/23
**week [2]** 4/6 6/17
**weeks [1]** 9/10
**well [5]** 3/14 5/10 8/7
8/20 9/21
**were [1]** 3/16
**wet [2]** 8/14 8/23
**what [3]** 4/18 8/18 9/3
**where [3]** 3/18 6/9 6/21
**whether [1]** 8/23
**which [1]** 4/4
**who [1]** 5/12
**Why [2]** 3/19 5/6
**will [2]** 5/12 7/21
**William [3]** 2/12 10/2
10/8
**witness [1]** 6/21
**work [1]** 7/7
**working [1]** 4/19
**works [1]** 7/11
**worried [1]** 8/23
**would [6]** 4/5 4/13 5/1
5/2 5/19 6/14

## Y

**Yeah [1]** 7/4
**yes [4]** 7/8 7/9 7/15
7/16
**York [1]** 1/14
**you [16]**
**You're [1]** 6/5
**your [15]**
**Your Honor [13]**

## Z

**Zaremba [3]** 2/12 10/2
10/8
**ZOOM [1]** 1/9